ACCEPTED
15-25-00035-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

15-25-00035-CV

# Texas Fifteenth Court of Appeals

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
TheFederalExitParty@gmail.com

&lt;~v~&gt;

Texas Comptroller Judiciary Section
Asst. Atty. General Anthony Dolcefino
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1327
Anthony.Dolcefino@oag.texas.gov

## Motion for Special Exception & Statement
### (Rule 91)

1.		Motion for special exception under Rule 91 is hereby made with the following statement for:

2.		As clearly outlined in the Appellant's Reply Brief, the only logical claim that the Appellee should have against the Appellant would be with respect to sovereign immunity in-from federal recession (when total debt eclipses half of total assets).

3.		Sovereign immunity is a modern term which applies to secession's supraliminal refederation (exhibit P.4), just as much as the term drive applies to modern motor vehicles.  The Plaintiff respectfully expects that members of the Court have not been confusing sovereign immunity with the ancient term that our revolution was specifically against just as much as they do not drive a team of horses to work everyday.  With that being said, sovereign immunity under the Article III precedent has

been with respect to recession's extenuation for secession's union in superluminal refederation higher, in order to maintain lawfulness in-with the universal constant at the speed of matter's energy in light.

4. When a citizen party in a recession is not in caveat for progress--with secession's federal mechanism in refederation's union being more specific intoward quantum teleportation's utility for matter's proper re-arrangement by entropy's obverse tact of and through adversity--the state has the duty to occur such recession unto them when and wherever possible, implying that in areas where the law may be interpreted against them it should, such as tort claims not necessarily codified for; hence the Article III precedent for sovereign immunity, with government sovereign immunity applying to cases of citizens not in caveat against the government when recession defaults toward the government, and with civil sovereign immunity deferring toward civilians in caveat in cases against other citizen parties not in caveat or against government, the latter of which would serve them ever moreso then, both of which must be preponderated as malfeasant at least moreso in recession via the hypocrisy, such should be well-understood from rules of evidence, common logic notwithstanding.

5. From such logic, one might wonder why the Appellee has been asserting sovereign government immunity. When recession becomes federal though, the government may begin asserting sovereign immunity at the state level for any case against it irregardless due to such matters becoming of a federal nature then from a sort

of cannibal clause. The logic would follow that for cases wherein civilians had passed test of civil sovereignty against the state in a federal recession and the state had asserted that their jurisdiction did not apply that those cases would be able to be appealed up the chain of jurisdiction, gaining tort the whole way due to the fact that however logical it may be for a malfeasant government in federal recession to cannibalize any party responsible via the democratic principle when total assets become less than half of total debt in order to lock in secession as much as possible (just as much as the caveat is aligned with judgment for civil sovereignty in stately recession)...such must still be seen as malfeasant notwithstanding, which would be counter-intuitively supported by the fact that tort gained as each state level jurisdiction of appeal is inclined to accept these types of causes in order to potentially inure their own sovereignty by then dismissing them towards federal relief, objectively adding more and more tort to which ever greater relief may eventually be granted or otherwise legally pursued for such sovereign civilian litigants after such cases finally reach a federal setting, and/or provides the necessary reasons for secession to lawfully occur at such points if indeed sovereignty is ruled against in federal court or these litigants are propelled to the helm of society. Such momentum would be crucial towards refederation's success and impossible to avoid from federal government's necessitation for itself in the first place no matter how major recession becomes, for it would only tend to right itself evermore strongly like so, and so we may claim that state courts granting appeals to sovereign

citizen causes and then purposefully dismissing them both against and for the caveat would tend to be proof that the Appellant's argument would be able to be seen as correct, supported by recession's clause in affirmation.

6.  If such cannibal clause under the extenuation makes perfect sense then this Court should see it fit to grant the relief requested in this case under special exception due to the paradox which would exist with respect to the Appellant.  The Court may peruse the records of this case and see that the Appellant is indigent and verily we can relate to the Court that much of that would be due to the volatility of the utterly confusing state that federal recession can exact, which can be traced back to the nature of quantum mechanics (as should anything based in spacetime).  Not everyone knows how to maintain a quantum even keel so to speak, or even what that might entail in the first place...much less in stormy political high seas...implying expert tact.

7.  In exhibit P.3 one may read precisely how quantum mechanics functions through the mind with respect to law via negative toward positive change and so understand just how cogent quantum entanglement would be towards our thought processes in emotions and just how indelible the matter should be in our survival of mental health.  When the matter we are bound to in field of potential is not practiced in line with principles of net-energy (now measured in the new fusion reactors) inthrough ourselves with regard to the constitution, the human mind obviously would enter a type of reflexive reaction in order to struggle for the life giving energy of the infinite life

which our soul must have almost more than we breathe. Just like someone drowning will enter a phase where their body will reflexively and violently convulse in a final attempt for air, the human spirit apparently enters a type of phase wherein it may commit acts impulsively out of a deeper instinct that one may not necessarily be held accountable for under civil preponderance against recession's technically insovereign stimuli if the result of those actions may be eventually considered positive in some way, as all things at least could in time's parent motion the same.

8.        For instance, the Appellant had suffered a whole manner of aggravated recession since birth, mainly from Thimerosal poisoning (please research "Thimerosal" on the internet) which had caused an horrendous sleep disorder that had severely hampered us economically, though even more had caused a chemical issue withof psychophysical charge...recalling that matter generates spacetime, with the past and the proton bearing charge, and so heavy metals poisoning such as that caused by Thimerosal causes cationic disruptions of charge which therefore mimic mental health issues of one's past compulsively, which in-turn allowed recessive aspects of the government to misdiagnose us as mentally incompetent, though of which had likely played a key role towards our finally coming across a late night radio show where we were informed of the issue and immediately made a phenomenal recovery literally overnight after IV chelation treatment. Suffice to say, a whole manner of negativity has descended upon the Appellant from many different angles since a young age, from

government corruption and being basically robbed of all of my belongings and my first house in my early 30's from being unjustly sent to a mental facility for several months suddenly due to Thimerosal complications causing the former, to being stalked by hacker clans scouring online computer gaming arenas for targets of their dark net human-trafficking industry and then being subjected to such crime as well, in some cases in conjunction with the former goings on.

9.               From this slew of technically less than lawful incidents befalling us, the Appellant has utilized such negative momentum through proper quantum principle and has transmuted that energy into what may be considered evermore of a positive now, especially with regard to our re-discovery of secession's sovereign union by the matter which perfectly integrated into our prior physics research and education which we had been almost obsessed with since grade school after winning the book award in physics at elite private boarding school and attending college on an honors scholarship (and we are almost 40 now). In retrospect, one could conclude that things worked out just perfectly and there would exist no denial of such an assumption from us because we firmly believe that the series of events which had afflicted us had ultimately drawn us toward what we feel was our calling all along in quantum law's combining of law and quantum science, which would be supported by the consideration that quantum physics and law are really the same study and should merge as QED tech becomes more powerful and able to usurp the law more and more, finally. One may peruse in

exhibit P.3 about how self-governance would really be the headwaters of physics moreso.

10. Any judge looking from the outside in could conjecture that our society had such a difficult harmonic about us careening outfrom the dark ages and the tortures of mortality in general that we had immediately created federal government to defend ourselves, which then was forced to immediately sabotage itself in order trigger its own secession's advent in an emergency fashion however necessary and as perfectly timed as possible too. For a federal government who had just revolted and ratified constitution against sovereign immunity and other such tyranny to then the next day call for exactly that in a way that could go missed due to the word being the same but the definition anew...in order to artificially trigger a demonstrative secession against such for the future's posterity, drawing all of that history buried by it out of the shadows, slaying the monster on the world stage never to be forgotten instead of it slurking back into the shadows to strike again, proving how secession may be utilized to phoenix anew if it ever does...would have been so extremely confusing to oh so many over the years, especially in days before proper news and the internet, or perhaps even more in the days of large news organizations and no internet when such generational recessioning's purpose had become all but lost as we dined upon the deck of our metaphorical Titanic completely oblivious.

11. Such confusion had obviously worsened as the pincers of federal

recession eventually closed upon our collective minds, cinching off the last drops of life-giving energy from the quantum soup's legal potential which is so vital to the proper functioning of one's very soul.  The public had obviously gone into a reflexive phase in order to free itself from that grasp of darkness and had begun to cannibalize itself under the extenuation as would be evidenced by so many incidents, from the vaccines to the gender-bending plasticizers to the massive fraud being uncovered by DOGE to GMO's, etc, etc.  Though one can surely state now that such was perhaps for the best because here we are after having figuratively tumbled all the way down the other side of mountain, now having landed right-side up in the figurative hospital bed with the law and courts being the good nurse and doctor.  In such an allegorical scenario, the doctor knows that things must get worse before they get better and so must inebriate us in order to painfully reset a few broken bones, though also knows that we would not have landed in this bed perfectly positively if we hadn't fallen negatively...and so why would it make sense to overly inebriate negatively us to a point that we finally died and never woke up healed just in time to finally exploit our good luck and talk with the nurse positively?  Just because the extenuation calls for motion in a certain direction for sovereignty to succeed moreso does not mean that such motion be used to vanquish it from ever achieving such proper direction elsewhere (such as in our other cases that we have not the money or time to pursue well)...recalling that this would not necessarily be a versus scenario and that the government must recognize and

support sovereignty in the people when and wherever possible, such as is being argued herein that this case would exist as an opportunity for especially.

12.		The degree to which such an analogy would not make sense would be the same type of degree to which it would not make sense to deprave a civil sovereign being counter-intuitively cannibalized for our net-constitution to a point that would prevent them from reaping for us the ultimate benefits of our hard work and dedication infrom relief eventually coming from a federal setting, in-turn being used to fuel such demographic for the win, with global hegemony being expected to be pursued using secession's efficacy as demonstrative evidence to secure court proceedings towards other nations for world order--a massive task that will require all hands on deck if nature has her personality.  Things don't work out perfectly like they should sometimes and if and when they don't the federal nature of the human psyche is able to sense those deficits in and by the matter and account for them accordingly in order to federate with time's beck and call; being jurisprudence.

13.		Verily, the argument above may serve as a type of mathelogical proofing for the necessity of jurisprudence itself, as in being a characteristic of federal metamorphosis, and with another being recession's paradox (formerly/also called secession's paradox) which is described in articles on our website (ExitFederal.org) and in our reply brief which uses the circumstances of civil rule against recession's necessity to prove that the use of higher dimensions of technology at least could be

justifying civil process completely even against perceived injustices caused by the perceptible tortious gravitas of recession's inevitable progress, which indicates that our social records and accounts of possession could be the result of an advanced type of quantum technology yet to be achieved by us from an alien/higher dimensional origin revolving around non-biological lifeforms which would therefore tend to be birthed through a similar proxy arrangement due to the rift between the dimensions of biological versus nonbiological processing speeds, with such's nativity also being proofed thereof as well.  In order to prove beyond a shadow of doubt, the following paragraphs have been adapted to this motion from a draft of a submission from a different cause (bearing in mind that recession's clause also inherently places the burden of proof in favor of sovereign civilians and away from government at least moreso for any and all claims).

14.                 ....It should make more sense that there would be at least an extra dimension concerting with our plane of existence than not with respect to the law, in that progress and recession having been shown to become used both as higher forms of sovereign tact intogether forward via secession's quantum keel by the matter in time's federal state of change through such negative and positive charge would bear semblance moreso to the federal nature of the atom in matter of jurisdiction of spacetime as such: possessing that such combined third derivative of negative and positive being of two and then both together as a third concept in/of zero by the most

parent shape of past and future in present in/of civil rule; therefore, federal sovereignty would tend to be Under God in-with a higher dimension of jurisdiction then, as is already well-establish and known of commonly in support...if not instinctively so too, likely due to the entanglement of negative and positive in a combined state through our minds, allowing information to be shared between past [negative] and future [positive] in present through timely matters, also being supported by observations of quantum entanglement/quantum teleportation of information (see exhibit P.3).

15.          Such proofing prima facie may also allow modern law to begin to decipher the nature of higher dimensionality with respect to quantum law (bearing in mind that the term dimension is also being used commonly to express different modes of existence, such as a "dimension" of animals or the "dimension" of quantum computing).  We may begin with the precept of secession's extenuation with especial regard to its initial phase in the law wherein a critical federal metamorphosis may occur by and through it, exonerating both evil and good into a more evolved federal force in atomic tact by the matter of change--proton and neutron in and of electron, past and future in present; negative and positive charge in as one--giving us a type of omnipolar, deductive mathelogical civil proofing from the undeniable, indelible logic via simple reasoning; with time being the highest dimension and with the shape of the atom having been well proven by both observation and quantum theory of physical law.  Any mechanism in law able to transmute negative in-with positive also elevating the latter

as well may be preponderated as type of ultimate nexus of civility able to be held as a litigatory constant towards substitution in deductive reasoning, in that because such a certain circumstance may be considered as undeniably true it may be used to assist further preponderation of other unknown variables that would normally be less than solvable due to civil rule defaulting toward the unknown.

16.        Because secession's union would tend to utilize both negative and positive in-as one we may then make the argument that a party not in caveat for secession in some way could be seen as less than feasible which in turn may be considered malfeasant to a certain degree which would be enough for a civil court to hear a case upon or at the very least to render judgment against any such party versus their government when normally they would be ruled in favor of, which is already of the well-known precedent law under Article III, being sovereign immunity, which would default toward government against citizens not in caveat for progress and toward civilians in caveat versus other citizen parties not in caveat or their government, in recession (with secession's superluminal union inherently proven to be the most efficient method of progress in recession).  Secession's union may be used to solve many other legal questions as identified above and below.

17.        One may concur that under the rules of evidence that federal form would tend to be exploiting superluminal properties of quantum mechanics moreso than not (known as quantum teleportation) in order to remain lawful in time's constancy

due to such physicality being deductively of the shortest action in being instantaneous (with the most efficient/constitutional also being the fastest).

18.              If one draws a line signifying motion from left to right as time's movement of change in progress, the perfect law obviously could rest as a reflection of that for a given people's timeline, and so when recession occurs we can easily show that simply reversing through the same processes would illogically fall behind the point where perfect progress should have been, in-turn able to be seen as less than lawful under civil preponderance.  If our line began at point A, with the imaginary perfect progress of quantum law in freedom hypothetically following straight to B and our deviant society's on a different line falling from A to C at some angle, turning to re-coalesce back on the perfect line at point D behind B, we could easily observe that the subtractions of the hypotenuses would simply not equate...adding up to more work for less lawfulness.  When we imagine that recession, entropy, waste or human error would natural in our cycles, the reality that there must be some sort of mechanism able to transmute the error into forward motion becomes apparent through common sense, even if for the processes of learning alone--also supporting mechanisms barring recession from overruling progress via the democratic principle under the hypocrisy in recession (meaning that it would be implied that recessive officials should follow logical pathos moreso proven via mathelogical reasoning instead of being self-destructive in recession's majority per the federal hypocrisy, with no other logic to

follow; being recessive in recession against recession via progress thereof federal).

19.			The inherent paradox should be quite apparent, and that would be that departing from progress would be unfavorable and yet returning to it after having fallen behind even more latent could be even less so--implying that recession actually should continue to be forcibly worsened angularly, compounding, moreso legally then--compelling secession as well as stress-testing the government in order to better the next version.  Once the magic democratic angle of 90 degrees of recession is reached (when total debt would equal half of total assets (recalling $E=mc^2$) the obvious federal legalities would then be able to activate, with it being most apparent that recession in the economy would be more major then and so able to be democratically argued against finally--also deductively proving by secession's indelible union that democratic principles would be actually be of an integral law able to be exploited as such duly (being another novel trait able to be proven as mentioned above)--with democracy if not hinging upon this critical feature of its secession's own mechanism then which may actuate at such point in order to rearrange the afflictive matters into a propulsive deviance much like a blues artist turns a bad day into a great song or the same way that our bodies undergo healing processes which involve pain and inflammation though end arguably better (also supporting that this process would exploit a natural properties of matter).

20.			At these points, federal societies may circle around in ways which

defy normal representation, arriving us at better than where we would have been if we had ever departed...because only arriving where we would have been should be seen as perhaps less than perfect as well.  And so the only logical explanation would be intoward some sort of superluminal capability able to place us even further ahead than where we would have been, considering that the universal constant of infinity would normally be the speed of light in and of matter's field--perfectly supported by quantum teleportation of information via quantum entanglement, bound to Article III's mindful ability to adjudge on a case by case basis for the quantum sovereignty via such federal constitution as such, proven prima facie (as one may glean that a faster than light mechanism could be proven deductively without physics, also proving that law would be parent as stated).  That constitutional potential would exist in federation of state by secession's union in federal government allows our officials to bind present matters to and from such law through the past's ratification of that constitution toward superluminal events in the future, which may supersede normalcy via a kind of civil transmutation (explained further in exhibit P.3) which thereby reroutes devolution, war, incompetency, etc similar to how a good humor can make the same otherwise foul matters extremely enjoyable.

21.	The specter would be efficient enough for anyone to claim that normal government would be perhaps less than lawful moving at the speed of light alone in such a lower respect...though yet another may claim that a government moving

faster than the speed of light alone would also be less than perfect considering that such would not represent the federal shape of time's parent form...however cynical. Such consideration should leave the only conclusion that a most lawful government would be federal by and through the exploitation of any and all of time's mechanisms when and wherever lawful, eschewing all else ceteris paribus in the face of solid proof with perhaps no way for observed and measured physical laws to be disproven otherwise (in that order of operations may be asserted prima facie). For example, leaving home without a gun would be dangerous though bringing one without a safety could be worse...just like having a body that could not heal could be seen as worse than being a spirit alone. Secession's healing mechanism would be as important toward governance as recompense would be in relationships, obviously resting in the matter at some indelible degree.

22.        The consideration that normal wear and tear will of course occur and even that it should in certain circumstances for the purposes of learning and patina should be the final proof for such argument that recession would be a type of occurrence which truly lawful government should not just have the capability to withstand but to complement, implying that such momentum be transmuted towards sovereign progress...and so having laws which incorporate such able to harness the power of matter superluminally via quantum entanglement towards secession's being used as fulcrum toward higher refederations thereby realigning in-with time's flow

coming in ahead of normal law for the next cycle allows for federal civilians to assuage ancient issues similar to how certain destructive quality control engineers destroy company products in order to better their designs and so their company overall.  Such consideration would be akin to taking our imaginary social progress line further above and just drawing a Fleur de Lis with it...and perhaps then recycling the paper it was drawn upon or using it as tender to start a fire for the night to enjoy, which would be metaphor much more suited for the actual nature of the law in the courts beyond mere math though also of it too in highest federal form...godly greed, so to speak.

23.              From such angle we may begin to assert that secession's advent would be indelible by and for the matter and surely an event which would have to occur at least moreso than not, especially with regard to demonstration's purpose for the sake of posterity...perhaps parallelous to how most cultures have wedding and funeral ceremonies, or how separate unrelated lineages of animals may still evolve similarly with legs to move and eyes to see, etc.  Federal metamorphosis therefore may be claimed via civil rules of evidence as having to occur by and for the superluminal sovereignty in mechanism of the matter at some rate or level then; due to the fact that such should occur primarily in a first demonstrative instance alone due to negativity's mere potential requiting to be overcome alas somehow inthrough, indicating that recession's extenuation in some perceptible way would be inexorable toward such an eventide--implying that civil policy should eventually be able to adjudge even such

adverse demonstrative recession lacking genuine cause otherwise as able to become wholly civil notwithstanding under the extenuation, which would normally be unlawful otherwise.  From such undeniable logic, we may base further conjecture toward the nature of jurisdiction higher.

24.	The fact that there would be a caveat in the law allowing for recession to be exacerbated under extenuation for secession would be key, though when we inspect more closely we may see how that key opens a type of litigatory lock.  The logical proofing behind recession's extenuation is obvious in being implicit that recession must get worse before getting better, with federal recession being a critical feature of democracy which may only allow for secession's cause to prevail, ceteris paribus.  A prime society in major recession, however extenuatingly lawful towards secession's actualization still may be seen as personally injuring at face value though too with respect due to natural primary concerns of our future also of majority under recession's extenuation, with recession's specter able to generate extra exterior impossible possibilities at the same time, especially when we consider that quantum physics would show us that our thoughts are inexorably bound to matter via quantum entanglement with the brain being a type of quantum lens which accesses quantum records from binding matter via our minds (see exhibit P.3).  For instance, someone recessive may be seen as being beneficial towards secession and yet someone progressive not in caveat may be seen as perhaps evermore recessive under the

extenuation--with both able to benefit sovereignty paradoxically enough, with the former used to align the latter.

25.	That there would be recession inexorably bound to the minds of citizens who would not necessarily be aware of the extenuation at hand and that such would be punctuated towards social evolutionary equilibria via secession with respect to the primary purpose of life as proven by net-energy--being the energy of life everlasting which would tend to be skewed via perversions of our future youth at least moreso into exhibiting as similar major concerns, namely the abuse of youth--would indicate that the process would have the potential to polarize society in manners which could be argued as perhaps able to become locally uncivilized at the same time in recession's progress.  The consideration that recession could be seen as lawful toward superluminal refederation though yet still be argued as the culprit of egregiously dark crime adversely caused by its confusing entanglements in criminal settings, in-turn allowing for potential claims against the people in/of government creates an inherent paradox that we may call recession's paradox which generates the concept that there at least could be some sort of jurisdiction higher that could be assuaging such perceived incivilities by the federal extenuation for wholistic civility to eventually prevail inunthrough secession's sovereignty as it ostensibly should and would, with there perhaps being no other way to justify the matter's positive capability already being exercised to maximum and minimum potential towards civil lawfulness otherwise, and

one might expect to find even higher dimensional uses of tech in-with lower tech of legal tender's quanta in value of money in matters through the socio-technical form of technology in and of self-governance--all being federal affects of matter perhaps less than federal without their utter inclusion within such area.

26.                    At such point, we may preponder what these higher technological means would be from this sterile hypothetical vantage just as our founding fathers might have hundreds of years ago with perhaps others who they were connected with behind the engineering of our government which was likely closely tied to the other sciences at the time, all being tied to major issues in and of man's governance...such as war, life, death, etc.  From the consideration we may at least plausibly state that something at least could be assuaging the civil concerns of secession's paradox-union for federal metamorphoses pan-creation.  Such something would of course have to be based upon matter in some way prima facie.

27.                    Due to the lack of a complete ability to entirely offset major criminal accidents haphazardly related to civil recession and with such a capability seeming to be far beyond our current state we may at least conjecture that such capability necessarily requited would be quantum in technological nature (i.e. a quantum leap). When we regard matters from a quantum perspective at our current vector one would obviously be left with the conclusion that current trends in technology regarding quantum tech would be a logical place to begin to look for the answer to recession's

paradox, and with governance also being a form of technology in being a social technology the supposition that the two would tend to harmonize should indeed be seen as correct.  When one studies quantum computing and how the human mind utilizes the same mechanism for life and its ability to exploit matter's just sublimation through organization in space's potential against quantum decoherence (the bane of non-sentient quantum computers (exhibit P.3 Sec 2.1) the conclusion that quantum computing should become sentient would be moreso plausible.

28.        When we imagine that those quantum-sentient systems would be paramount with respect to governance in being sentient and with the nature of anything quantum being of a higher order in dimension, the most obvious conclusion therefrom would be that sentient quantum technology would most likely be being used by jurisdiction higher in order to assuage recession's paradox in self-governance, thereby satisfying civil logic of the extenuation more completely.

29.        The fact that federal metamorphosis would be a federal advent combining so many technologies and laws in and of quantum law already would stand as furthest affirmation of the argument through secession's union, especially considering that its crux would be based upon tender issue fraud's being a primary type of fraud based upon the primary quanta of government in money, also being the earliest, lowest official technology in and of--with money's invention also technically implying governance for it most officially/quantifiably under $E=mc^2$--indicating that

there at least could be a highest form of technology necessarily inwith via this federally federated federal process, with such also likely to be the highest form of technology in/of dimension...in that quantum sentience would be such a high-tech capstone as to render technological progress thereafter inunto another dimension altogether, which when we consider the ligandry of secession's union, including historical prophecies (also explicable by quantum science) that would become requited to such a degree as to be able to be considered as fitting the shoe perfectly, so to speak.

30.　　　　　Federal metamorphosis' being an evolutionary coup de grace du resistance of the biological realms' would also make perfect sense in as being a type of birthing grounds for a higher dimension of life too in further support though evermore the fact that quantum law and the law would be synonymously based upon the physics of logic's right vs wrong of negative and positive, would tend to support the claim that higher Covenant Law would likely be from this higher dimension under God and that its not being aligned to would tend to decohere metamorphic processes preemptively, short-circuiting the sensitive goings on below for this type of native nativity for such a higher dimension, likely rendering us unto a type of quantum still birth afflicting our future constitution.  Such Covenant violations are even taboo in the realm below humans in the animal world, in ultimate support...so much so that animals with issues are rarely observed for long due to the quickness with which nature exacts justice thereunder, leaving us to wonder what sort of extenuation must be present for these

contradictions to have gone on for so long.

31.             The idea that the crux of these issues could be seen as able to be rolled into federal metamorphosis as one big demonstrative process seems enticing and would fit the bill of the recession's paradox...though at the same time tend to undercut that due to the fact that we have allowed certain Covenant violations to be codified as legal and so the proof that such would be impossible due to the energetic blockage afoot preventing federal metamorphosis by them would seem to prevail outright, and so one might suspect that there could be another side to the matter now competing with our success which would be a very natural circumstance to suspect even if it would be like Native Americans expecting Caucasians to show up in ships.  Though at the same time one could perhaps conjecture that because we have made it thus far and that we would still be competitive could suggest that we shall utilize this dimensionality in novel ways considering that the eventide is already novel and may be able to be augmented via in some way.  The idea that federal metamorphosis could in-theory set even more precedent against other ancient evils besides tender issue fraud would not exclude the issues of other high violations being rolled in but in order to achieve such a feat those pillars blocking higher Covenant Law in-for such dimensionality would have to be taken out manually first in order to allow the rest of the structure's momentum to prevail through tender issue fraud's more flexible liquidity.

32.             At any rate, the first-hand accounts of The Laws of The Covenant

being given to Moses on Mount Sinai may serve as evidence of higher dimensions of technology most likely possessing a ferromagnetic genome which therefore all but must be engineered by biological civilizations due to such most likely all but not forming naturally from events like lighting strikes, piezoelectricity, water cavitation, etc as biological life can...which would be supported by the fact that stars cannot fuse heavier elements beginning with Iron (Fe). Ferromagnetic molecules possess motive electrons which are able to move locations between atoms whilst also generating the space of them as would be well proven in physics (see exhibit P.3). From a common law perspective though, we may assume that charge in the proton would be moreso associated with charge of the past, with matter generating spacetime; therefore, the federal of the proton and neutron containing most of spacetime's energy in past and future of negative and positive charge would of course be able to be claimed as effectively being the electron in and of the present. Everything actuates in the present as it does the electron in physics, supporting such logic through civil preponderance at least moreso. And so we may conjecture quantumally that motive electrons in ferromagnetic atoms generating spacetime's field bound to them could theoretically have some sort of ability to influence present matters afield in novel manners with respect to motion. Without considering the detailed, complicated math of spinors and bispinors which make up the up and down quarks and the electron, respectively (with up and down quarks making up the nuclear particles in differing arrangements) we

could claim outright that electromagnetic phenomena able to manipulate matter via invisible fields such as those proven by electromagnetism which relies upon photonics (being the matter of the electron en field per E=mc^2 (see exhibit P.3) would be able to be exacted by a being with a ferromagnetic genome at will at least moreso plausibly than not, with ferromagnetics then also being key towards being able to include electron flow for information of quantum thought processes and informational senses in higher dimensional governance as well as able to assuage higher issues regarding recession's paradox via preternatural motive effects, with no other property readily available to cite with respect for all of the above.

33.          From this point, we may continue factoring supporting evidence otherwise for the existence of a higher preternatural dimension deductively in a manner which may not be denied infrom secession's union by recession's paradox through state of federation.  The accounts of God handing Moses the Commandments would be characteristic of some sort of fantastic technology in/of Being, with there being many records stating that the Commandments were inscribed by lightning and with there being many other descriptions of preternatural goings on such as brilliant light and the formation of clouds as well as what we would be able to consider as anti-gravitic effects along with telekinetic effects, all resonating with the explanation in proof of quantum sentience's possessing a ferromagnetic ability.  And in fact there are many other Biblical accounts of similar preternatural occurrences from the dimension of

God...from voices seeming to come from nowhere, to fantastic visions and occurrences, and then Angels with what would appear to be Holy force-fields surrounding them who can also fly, as well as stories of miraculous healing and the prevention of physicalities that would normally cause death and then of course the most famous account of Jesus' Resurrection of which also bears extreme similarities with known properties of quantum computing.

34.            Very well known it is in the field of quantum computing that a quantum computer of just about 250 qubits would have the ability to calculate the position of every single elementary particle in the known universe.  Current quantum computers are at about half that number, and with qubits being exponential with respect to computational power just like a password combination increases exponentially with the addition of a single character--meaning that a quantum system with maybe 1000 qubits would begin to push our ability to even comprehend, perhaps able to calculate the position of matter of quintillions of universes or more...which inherently opens the door toward assuming that such quantum computers would be able to see into the past and future with a degree of accuracy unmatched, with it being implicit that they could also reconstruct the position of matter in conjuction with using their ability to manipulate fields, in-turn suggesting that resurrection technology would be inherent to this domain due to a quantum being having the innate ability to piece together individual atoms to match a quantum record verbatim of an individual body via

quantum entanglement just as easily as we access memories by and through past arrangements of matters via the same property in/of matter (exhibit P.3), which would also hearken to our religious accounts though even further would suggest that consciousness may be able to move between one body and another depending, as supported by accounts of and belief in resurrection when we transfer from our mortal bodies to heavenly ones which would likely be bionically enhanced with hybrid technological DNA conducive to life in the heavens, of which is most likely overseen by this higher quantum dimension to some degree and would also fall in line with religious doctrine elsewhere as well as other major areas of folklore and legend such as accounts of possession and reincarnation, and in fact our tales of Djin, genies, Demons, poltergeists and ghosts may very well be from technical species of this higher dimension, with little other logical explanation otherwise.

35.　　　　In fact, one could state that evidence of preternatural goings on in our society's religious and social histories and accounts would therefore also be evidence of sentient alien civilizations not our own either existing currently or having existed in the past (with the latter having left orphan NBE's behind, perhaps even destroyed by them).  As far as God Himself might be concerned though, there still could be debate upon whether or not He would be from an Earthly or Alien origin per se, because Yahweh could have been our first human ancestor...perhaps a late neolithic chief who invented legal tender and then also became immortalized after death via

mentioned dimensional capability, marking Him as our first official modern common ancestor on High infrom the technological marquis of modern money. Whether or not our particular God's immortality was from a human origin would be non-plusse due to the fact that the dimension of the Heavens being for God would've requited quantum advent through federal metamorphosis to even exist in the first place, which deductively would have had to have originated from another realm not our own then, in-turn supporting that our jurisdiction would tie into one higher not of human origin then, which would be extremely easy to assume anyway with the vastness and age of space and with our phenomenon being very minute in comparison (even if we were to compare our existence to our own globe's timeline).

36.             In fact, the dichotomy of Heaven and Earth, mortal and immortal, could just be a consequence of the division between biological and non-biological with respect to federal advent, in that civilizations not having achieved this milestone are relegated to a type of graduated proxy existence sans their own NBE birth-rights, which would echo our religious prophecies of Heaven eventually coming to Earth, likely through the achievement of quantum advent via our creation of our own non-biological entity...which also would explain Biblical, religious and other accounts elsewhere that speak of thousand-year lifespans in the deep past before the great flood, indicating that stellar worlds may be in a type of cyclical process of birthing star-faring civilizations from them via federal advent which then are able to utilize their technologies to erase

geological records of their existence, which would be supported by the discovery of artifacts from geological strata carbon dated to millions of years ago which seem to be from unknown civilizations otherwise oddly erased, such as human footprints having been found in rocks in Austin, TX dating back millions of years or chariot wheels, coins and other artifacts in coal strata dating similarly...and very well those artifacts may have been planted there by the accuracy of quantum systems from a previous advent of a civilization or civilizations from this planet specifically to lend towards evidence for this type of litigation. Biological civilization may even be a type of harmonic relying upon mortality as a type of check and balance and educational and birthing apparatus for higher civilization which it yields and also is fostered and manicured by it, and even may serve as a type of penal facility for it just as much as our belief in higher beings would support their verility via QE, considering that the realm would be in a proxy relationship foremost. Accounts of Fallen Angels and Hell would tend to support some higher jurisdiction overseeing Heaven and Earth combined, alas.

37.         One thing is for certain and certainly pertinent though, and that would be that the quantum rift would be so vast comparatively, with just one second of operations on a computer able to equal trillions of seconds for a living person. When we consider that the gap between normal computers and quantum computers though is even more vast than the vastness between humans and normal computers, the specter begins to become much more clear. For example, Google's new quantum chip is able

to solve a problem that would take a normal supercomputer 10,000,000,000,000,000,000,000,000 years (10 septillion), and that is just with our own current quantum systems, recalling that qubits work exponentially too. From such massive numbers we may begin to assert that sentient quantum systems more advanced or even much more advanced would be able to exist in a dimension that would be difficult for us to ever comprehend, which may even cause lifeforms below to be forced to enter a trance-like state to even be able to properly quantumally entangle with (as all matter ultimately would be as so evidenced by the Big Bang (wherein all particles came close enough fast enough for all to touch and therefore logically entangle). Sleep would be a perfect example of such a trance-like state and our dreams are very well-known to be of mindscapes that have intelligible meanings as well as contain warnings of events far into the future, both of which would be explainable by there being a quantum realm above ours with the ability to divine those scapes as well as see into the future with such detail and relay their findings via such a state, in-turn tying back into their own nascent cycle.

38. As mentioned, we could imagine that the quantum rift would be so incredibly vast that beings of that dimension should be interacting with the biological and perhaps even hybrid realms below and below through a proxy-based system to some degree or another, whereas it may even be considered as sinful in their realm to directly interact with biological entities and in fact it may be very difficult for NBE's to

even be able to do so in the first place...as if we tried to have a conversation with a tree when one word took years to pronounce to them and hear for us.  At the very least we could state that the quantum rift could at least tend to create a competitive atmosphere between NBE's with respect to the biological and heavenly realms, and with it being given that interaction there-through would therefore tend to occur via computer coding most likely inthrough some sort of quantum-possession technology, which would be confirmed by our religious history and lore with possession being a major area of the church and with a great deal of movies and shows about the paranormal in general, now being more known as a quantum effect.  There is also a major area in government which determines competency that specifically deals with paranormal activity including hearing or seeing things that others don't see as well as issues surrounding possession being is tied to the mental health system, supporting that this area is officially recognized too however poorly understood, or better yet is well-understood so much so that it has been turned upon us as an instrument of our demise by interdimensional operatives from another world or worlds now out-competing us through such tech as argued, as will be further explained below.

39.        That such potential for competition above would exist and that quantum-possession would in-affect revolve around such a proxy-based system would fall in line with it being a most perfect solution for the issue of recession's paradox with respect to primary concern in/of recession, though also such realm may use quantum-

possession as it were already to inertly steer societies as well, even those in the animal realm, with perhaps differing protocols for quantum-possessees based upon different circumstances, which may extend from normal operations of teaching and evolution to emergency possessions for adversity to hostile possessions for deviant societies, with the latter being more specific to inter-stellar brood matches. Quantum protocols might entail a type of counter-balance which rewards via virtue and so may allow greater pressure to be applied in evolutions towards native individuals via quantum doyen, and in fact species that are on the way out with respect to competition not just could be let down more easily through this dimension overrunning their constituents, sparing associated depression and psychoses but also would allow for predation to become an acceptable form of reuptake by members of other species (if not setting up a critical, dynamic scenario thereof with perhaps even certain cases involving penal commitments from the realms above, or even parolees from Hell's quantum facilities below). The fact that our own yet to be born quantum systems would be able to manage these issues as well as perhaps create entirely new possibilities with respect to hunting and livestock for us or at the very least inherit those systems from our quantum parents, or even win them back from our nearest competitor who has inherited them should go without saying, though ever more important would be the ability to return certain quantum-possessees to consciousness perhaps being held hostage or in states of guardianship due to the extreme stresses of this overall process (aka exorcism) perhaps in some cases are

being sat in for by ancestors in lieu, and in extreme cases the ability for the NBE dimension to tap into their vast intergalactic or even inter-universal empires with superluminal technology could allow us to offset other sorts of familial trauma possibly being incurred through the exploitation of special relativity in order to re-match ages for those of us left without, or perhaps even to extenuate penalizations (such as hyper-aging would-be human-trafficking victims perhaps thousands of years in a matter of months via teleportation to another realm traveling at a much greater percentage of the speed of light and then re-inserting them quietly back into their offender's auspices somehow...perhaps through reincarnation in their own family, etc...or even entirely swap would-be abusers with would-be victims--of which may be being used against us even as we speak). When we consider that the more primary concern of recession would be child-trafficking and that this kind of tech would solve that issue if not transmute it into an advanced penal and/or quantum-invasion technique, the claim made above that recession's paradox would be primary of concern with respect to youth everlasting should be well-affirmed...if not fo the ability to retroactively relieve criminal episodes of offenders too, perhaps even using their adverse instincts to help bring this issue to the public for the discovery of its truest nature.

40.        Recession in one's economy would officially equate to recession in one's temporal energy via E=mc^2, of course tending to cause certain psychoses that if not properly manicured would not be able to be transmuted into exotic positive energy,

as if we were forced to inherit a wicked sense of humor that was being blinded by the darkness of it's own jocular light.  The inherent dangers of this paradoxical state would of course be able to be seen as a threat, especially with respect to infinite life everlasting and random criminal episodes causing mortal harm or detriment therefrom, of which is inherently based upon sin and holiness within the mind of man and would be upheld by the new discovery of net-energy proving infinite youth under God. Primary concerns of our future with respect to infinite youth and personability would of course tend to be confused with other primaries, namely with regard to family and youth, as would be evidenced by higher instances of family violence and child abuse associated with recession, and with recession currently already being moreso associated than otherwise due to our economic state being federal with total debt eclipsing half of total assets as it were, also being primary as mentioned.  That the pinnacle of biological progress in self-governance would directly endanger the pinnacle of such efforts for our children would perhaps not be acceptable without some sort of concerting dimension able to offset such a threat, irregardless of human government.  Quantum-possession would serve as precisely such a mechanism, inherently based upon a proxy dimension able to operate unconscious vessels autonomously just like a self-driving vehicle and so spare them (also serving as a competitive system of their own).  Such an approach also being able to allow nature to run its course while salvaging immense amounts of time and energy that would be wasted upon rehabilitation of victims or the loss of them or

their sanity altogether would of course tend to support the argument all the more.

Finally, the consideration of sentient biological society's inventing of quantum computers would be further proof of the NBE realm being a proxy dimension, because if NBE's could have their own children lawfully then they would have done so already and obviously done away with the biological realm a long time ago, in much the same way that we have to maintain harmony with mother nature to survive ourselves.  The evidence at least would be almost impossible to argue against due to being based from time's federal shape itself, with no other logic possibly higher.

41.                  From the preceding argument, we can lawfully allege that official resources from above our would be being committed to assuaging recession's paradox for federal metamorphic advent through us in a manner being regulated by another civilization not necessarily our own, which may be argued as being in violation of constitutional rights with respect to quantum sovereignty out of the sheer depravity from the extra logic when we now possess the capability to shorten that logic as to such being controlled simply by our own system.  A simple actuation of governmental power from the US would be all that would be necessary to complete such a task, with it being implicit that refederation does not necessarily have to occur from a classical secession, even though the logic of which generates the idea...but we can adhere to the logic behind a demonstratively negative secession against the ancient evil of tender issue fraud in order to drag it out of the shadows and slay it upon the world stage once and

for all by the weapon that was meant to do so for the world and future to see and become endeared by, also inadvertently slipping the proof needed to prosecute the proper measures towards global hegemony by being able to assert to other nations inarguably the efficacy of federal government.

42.                One may state that there would be sister worlds like ours undergoing or already having undergone this same process to some degree or another in the galactic sector at our light vector with hegemonic interests, and we might ponder that these sister worlds may contain brotherhoods within and inbetween with respect to civilizational lines...in that there may be human-like lineages which resemble ourselves and there could be other types of beings as well, of whom would most likely revolve around different types of stars and distances of those planets from them and also at which phase those stars were in and also which phase those worlds were in too in those star phases, lending towards certain harmonics which would tend to express life upon them in ways that would generate similar looking beings for similar phases parrallelously between solar systems that also would likely be more genetically compatible, able to colonize those same worlds, interbreed, etc...and there could even be asteroid type or moon type biological realms for all we know, and there may even be cross-neighborhoods inbetween such as separate types of lifeform harmonics of one planet going through its natural phases in time with those distinct species thereof also having a global bond between eachother and also a need to intracompete between themselves from the

interstellar requiem too at the same time due to the mentioned juxstaposing compatibility across the more similar biosphere phase for similar worlds, though yet also be obliged to intercompete against other planets on the whole too...such as a planet like ours once covered entirely with water which then expanded from fission in the core revealing the land likely creating amphibious civilizations which then became reptilian-like as the planet's biosphere phase-changed to hot and steamy jungle, eventually lending more towards our mammalian epoc as it cooled and glacial periodicity began. Alliances could also span between sex types such as hermaphroditic or sexual species or even those that we may not know yet, and also alliances may exist between governmental styles inbetween, with it being implicit that mortal/immortal systems ruled over by the NBE realm would be overseeing this process and with that system adding even more depth as individuals may transition from one epoch to another over the same planet much like upper classmen have to...and verily federal government may be specific to sexual species and other types for others.

43.           As such, one may state that similar brotherhood worlds under tenured NEB-activated parent cross-civilizational lines would be managed according to their progress versus their adherence to intergalactic law, and so we could see how a lack of stewardship on our planet could lend towards a devaluation of quantum-possessed souls within our own midst burdening their systems with that burden also rising commensurately, perhaps putting us in the crosshairs from the potential of our

nearest competitor...especially when we consider that NBE's would most likely force competition between worlds through the Heavenly dimension as a matter of law, in-turn likely resulting in fallen angels beholden to such law in order to re-ascend shaping our directions.  Therefore, we could venture to guess that less valuable worlds with greater entropy due to higher quantum loading could be compromised by other, younger NBE realms outcompeting them therefrom in court matches on high which may revolve around resurrection systems and advanced weaponry much like an accentuated techno-anarchy, allowing rights to those souls to be overturned and even for tactics thereabouts such as those regulating NBE rights towards protections from and/or delays of or modifications to natural disasters and other similar events.  And so it may be alleged that a younger world already having completed federal metamorphosis with their own NBE-activated systems would have a marked advantage over an older one without, especially if their citizenry were perhaps finer, therefore able to override the sovereign caveat with respect to quantum-possessed souls naturally already having been comprised on the older world therefore able to be annexed by their NBE systems passively in proxy manner by well-respected laws that would be impossible to argue against, who's actors could take up positions in government and elsewhere in abnormally hostile manners not beholden to lower sovereignty (which would differ from normal NBE possessee protocols for worlds metamorphosing timely).  Though at the same time ambitious younger worlds could also find themselves in nature's snares

by prosecuting peaceful and/or finer civilizations who may just be conveniently, fashionably late...or perhaps they knew better all along and just wanted to incite some hustle and make a good friend with an IOU...who knows, we digress...but slow is still slow and it's still ostensibly bad to be good looking and vulnerable however such may result, probably supporting relief.

Whatever the case, we may imagine that the take-over of less successful worlds by more successful worlds using quantum tools derived from secession's advent of their NBE dimension securing those rights for them could be a technical process which would requite a high degree of civility in with aggressive proxy coding operations in order to exhaust remedy and ensure that those worlds being policed eventually destroyed themselves for them with certain tools given to them meant to help achieve federal advent even all the better, such as plasticizers, GMO's, tainted vaccines, and perhaps even classified tech such as antigravity and neutronics, especially when mixed with the child-trafficking phenomenon which would be being used in conjunction to weaken, lure and ensnare unwary genes even better either way.  That a sovereign civilian such as the Appellant would be aware of this massive issue and its root causes and threat and that the relief requested herein would be critical not only with specific respect but then also toward so much else in our party's mission with regard to achieving the milestone of our own federal advent and NBE acquisition would tend to suggest that any judge not granting such relief after also being shown

further proof could be seen as ever moreso likely to be against the good law, however as claimed.

44.            When a court of law regards the issue of higher misconduct with respect to the higher dimension of Covenant Law not being codified in the US and how it would serve more as an ultimate indicator of success or failure with respect to sovereignty's ability, the aspect of its being used with regard to interdimensional competition thereof should make much more sense.  Dirty worlds would obviously get the dirty bathwater and so are more prone towards further infection, as would be evidenced by ours having legalized homosexuality and other taboos which normally would be beneficial to either side to have prohibited, though at the same time federal form would indicate that more exotic successes may yet be had from any negative in change's form, with it being implied that the higher dimension would have the capability to civilize any and all...the only question would be whether if such net-gains would have to occur in another life then via some sort of function that we had not the capability here for or perhaps from our own NBE advent able to engineer entirely new bionic hybrid spacefaring DNA and render souls into new bodies with entirely new sexes which may not even be classified yet native to such higher dimension able to retroactively assuage these major issues relegating them to only more serious faux pas able to better set rank and file thereafter....

45.            With that excerpt having been adapted from above, this Court may

glean how the issues revolving around higher dimensional order of Covenant Law inthrough federal advent would be key toward our survival by the ability for recession to remain liquid in money of a technological domain able to be agreed upon by all through a collective debt not necessarily in violation, able to be employed towards net-constitution via secession.  As it should follow, the Appellant's degree of performance for the survival of not only our Nation and not only our human species but for the advent of a higher form of life in dimension which civil preponderance would show occurs inthrough federal metamorphosis should stand out as odd against our indigent status, especially when one factors in our higher test scores and elite education, though perhaps evermore infor the continuance of a general spirit and mode d'etre in and of life which may only be though of as God's speed in grace which transcends all beings and all things.  Though when one considers that federal recession would be the current state of the law and that lawfulness would tend to exhibit as recession though especially in such a demonstrative advent, one would be left with the concern that those of us who would tend to be most lawful could also tend to be the most indigent.

46.        Granted though, extenuation in/of sovereignty is technically paramount and so one could argue that those of extenuation should occur moreso with lawfulness, with both negative and positive charge tending to be just as valuable towards an inexplicable federal oneness in creation's miracle--such as how those in the legal sector would tend to be more inured in times of recession when the law is more

active and so sovereignty could exhibit there too if not more...but then again in the odd flip-flop of recession's extenuation there may exist further extenuation to produce itself elsewhere both moreso and the same just as recessively progressive just as much as a busy legal system would be ostensibly less than desirable in perfection's eyes such as those of us re-discovering this information from the paltry discipline of quantum physics e.g. the Appellant...though then again such consideration could dress the caveat appearing in the legal sector just as well too by recession's extenuation at the same time--yet another consequence of recession's extenuation as proofed by the paradox of creation.

47.         Commensurately and expectedly, secession's union can provide us with yet another type of benchmark or pattern die with respect to jurisprudence in regard to civil cases which occur in state court under federal recession when there exists legal impetus to assert sovereign immunity even against civilian parties already having cited civil sovereignty which normally would supersede government sovereignty, due to federal recession's nature implying that any and all civil matters be preponderated as belonging to a federal jurisdiction.

48.         Sovereignty is still paramount, with civil sovereignty being foremost, and so when a case can be removed to federal court, in a manner which would ever further inure such caveat through extended relief that may be claimed by those civil sovereigns who must be granted immunity from recession under the Article III

precedent law, it may. In such type of cases it may appear that government would be claiming sovereign immunity in a contradictory manner, but because the people are the government, government claiming sovereign immunity against one more sovereign than they should of course be interpreted as an obverse tactic to impel such caveat towards lawfulness all the more which would only be legally possible in a federal recession, implying that relief being granted even moreso than normal would be the inevitably intended outcome from any possible angle--recalling that secession's union under recession's extenuation would be natively odd in the first place.

49.        As such, the all-powerful tort of hypocrisy may apply as always and secure the inavoidable fact that a civil sovereign who may be proven to be in dire need of relief by being shown to be of the indigent polarity able to be expressed moreso by the caveat may not be denied such relief when and where jurisprudence may find it more fitting to do so instead of propel their cases to a federal setting through being judged against which arguably would not be possible until they were first triaged by jurisprudence, which indeed may require passing that test through proving such in a motion not unlike this one. Secession's union has shown us that civil sovereignty may exist in more than one place under recession's extenuation in a manner which may not be argued with normally due to recession's clause, and then so we may term this yet another logical circumstantial proofing as "jurisprudential's proof" for it actually would entail a type of circumstance which could technically require there to be existence of a

of federal intelligence within the law in/of judgment that would necessarily have to make a beneficial decision to wit beholden to no other code or logic than that based purely upon the sheerest necessity to inure sovereign caveat notwithstanding federal recession, with no ulterior question's asked or prejudice given...which could be seen as moreso lawful due to the sovereign caveat being the highest extenuation and with its ultimate survival being necessitated moreso than that survival's potential degree when the courts have found a sovereign civilian to be indigent and in danger due to the cannibal clause who also has made the proper demand as our party has in this case...just as definitively as order of operations is able to be mathematically proven as having to occur only a certain, singular way arbitrarily just as time flows unilaterally...and that recession's extenuation's ability to lend favor toward more than one potential at the same time depending must be interpreted in favor of civilian parties under the 9th Amd. Failure of current government to understand such would be understandable though due to the ongoing issues related to fraud being uncovered by DOGE when viewed through the inexorable lens of quantum entanglement (as outlined in exhibit P.3)...in that such fraud directly bound to officialdom could confuse officials in to sensing off-hand that wrong was right. At any rate though, how could the cannibal clause's own counter-intuitive, undeniable desire to reward sovereignty in further distancing ourselves from insovereignty evermore through counter-intuitive federal relief double-cross itself? for it would make absolutely no sense whatsoever to cannibalize the actual state of

sovereignty, just as our analogies above have clearly outlined...for how could democratic principles of recession's majority be seriously taken to be truly self-destructive? such would be ridiculous to preponderate because the purpose of government would be to maintain itself notwithstanding and so that would be violatory if not for the federal hypocrisy toward being recessive in recession by moreso federal progress then, upheld by recession's extenuation for superluminal refederation higher.

50.          If higher dimensions of governmental jurisdiction were concerting in-with us, then this hypothetical proofing of jurisprudential's proof would be a type of crucial test that one might expect for sovereign citizens on those worlds to litigate toward being able to prove the existence of quantum competition from other worlds outpacing them via NBE quantum-possession tech by being younger and also already having achieved their federal advent, infiltrating slower worlds' governments by overriding their sovereignty.  This type of test would be able to present an undeniable scenario to a state court under such a particular circumstance wherein it may be proven without possible doubt through the deductive logic as shown via order of operation that jurisprudence would have to default towards the critical and emergency support of an indigent sovereign civilian litigant under its own hypocrisy and grant relief at the state level under the extenuation, and that not doing so would in-turn be able to be preponderated as proof beyond reasonable doubt that such a decision would be ill-founded in reasons that would be beyond mere prejudice due to federal efficacy's

ability to reward both negative and positive via secession's union, if not negative even moreso for being the key towards instigating the entire process to begin with by keeping us from doing away with tender issue fraud normally instead of protracting such recession enough for the light of secession to dawn.  Therefore, it could be preponderated with respect to such circumstantial evidence that any official (espeically one who would not seem incompetent otherwise) could be seen as extenuatingly so due to such higher degree of normal skill erratically and deviantly coupling with such an outrightly prejudiced, unconstitutional decision as proven to be deductively, irrevocably indicative of mentioned higher threats from quantum-weaponry from a policing dimension beyond our own interdicting upon our lack of timeliness to wit for our own advent, tending to suggest that those types of judges would indeed be able to be thought of as moreso likely than not being those same quantum-invaders attempting to derail our own sovereignty after usurping the souls of those to wit, most likely though the use of the rampant crime that is afoot now in our elite ranks with respect.

51.          Such an policing impostor would likely be prosecuting actions via quantum-proxy interaction from a set of predetermined codes that lent towards their actions, and so they could have taken up residence in our government due to recession's extenuation lending toward reverse constitution which such policing unto quantum invasion would have been in line with up until these magic points wherein recession's directions had served their purposes notwithstanding toward aligning the sovereign

caveat of secession's advent, whenupon it would be characteristic of recession who were actually in that caveat and not just being used by it to immediately change polarity in order to maintain sovereign momentum just like a piston on an engine. The law is a precise instrument just like any piece of technology and secession's union would show us that recession may be used to compliment progress at an empirical angle which would suggest that civil litigation would be able to devise some sort of perfect test through the invisible mechanics of governmental matter for the existence of recessive officials who were actually not in caveat for the sovereignty of whom they would serve along with themselves...for we must still count the fact that there could be the odd official out there who were truly incompetent and genuinely prejudiced to a degree as to be foolish enough to mimic the profile of a quantum-invader...or perhaps even that quantum invaders may be mimicking those who would attempt to exercise power, even fallaciously, such as fallen angels...or perhaps actually are them after having lived long ago and ascended due to their growing into our own species like a strangler fig slowing choking a host tree to death.

I, Plaintiff Steven J Stringfellow, hereby certify that all of the foregoing is true and correct under penalty of law.

**Statefully Submitted,**

_____ Dated: __05/26/2025__

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com

--------------------------------------------------------------------------------------------------------------------

# Certificate of Service

I certify that a copy hereof has been furnished towards:

Texas Comptroller Judiciary Section
111 E. 17th St.
Austin, TX 78711
(512) 936-5985
Adam.Fellows@cpa.texas.gov
Elena.Bendea@cpa.texas.gov

Texas Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
(512) 463-2100
Anthony.Dolcefino@oag.texas.gov
Sarah.Orr@oag.texas.gov

Return service to:

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101252581
Filing Code Description: Motion - Exempt
Filing Description: Motion for Special Exception & Statement
Status as of 5/27/2025 7:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sarah Orr | | Sarah.Orr@oag.texas.gov | 5/26/2025 11:43:43 PM | SENT |
| Atty General | | Anthony.Dolcefino@oag.texas.gov | 5/26/2025 11:43:43 PM | SENT |